# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SINCERE ROLLINS,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC. AND NATIONAL UNIVERSITY,

    Defendant.

2:21-cv-01037-APG-VCF

**ORDER**

    Before the Court is the Notice of Settlement between Plaintiff and Defendant National University (ECF No. 16).

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff and Defendant National University must file a proposed Stipulation and Order for Dismissal on or before October 22, 2021.

    DATED this 24th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE