Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com
*Attorneys for Plaintiff Sincere Rollins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sincere Rollins,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. and National University,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01037-APG-VCF<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO DISMISS ACTION BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

///

///

///

The dispute between Plaintiff Sincere Rollins ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved. The parties have agreed to extend the deadline to file a dismissal of Defendant with approval of the court to **January 31, 2022,** in order to fully finalize the settlement in this matter.

DATED this 2nd day of November 2021.

**Kazerouni Law Group, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**JONES DAY**

By: /s/ Katherine A. Neben
Katherine A. Neben
Nevada Bar No. 14590
3161 Michelson Drive, Suite 800
Irvine, CA 92612
*Attorneys for Defendant
Experian Information Solutions, Inc*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

11-5-2021
DATED:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 2, 2021, the foregoing Joint Stipulation to Continue Deadline to Dismiss was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amine, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148